# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERNARD BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>USA, et al.,<br><br>    Defendants.<br>_____/ | 1:06-cv-00489-AWI-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT GEO GROUP'S MOTION TO DISMISS WITHIN THIRTY DAYS<br><br>(Doc. 15) |

Plaintiff is a federal prisoner proceeding pro se in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA") and California law. Plaintiff filed this action on April 25, 2006. (Doc. 1.)

On May 5, 2008, defendant Geo Group filed a motion for summary judgment. (Doc. 15.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 78-230(m).

Accordingly, within **thirty (30) days** from the date of service of this order, plaintiff must file an opposition or a statement of non-opposition to defendant Geo Group's motion to dismiss. If plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

**Dated:   August 4, 2008**                    **/s/ Sandra M. Snyder**
                                UNITED STATES MAGISTRATE JUDGE