# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERNARD BROOKS, | 1:06-cv-00489-AWI-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION AS MOOT |
| v. | (Doc. 28.) |
| USA, et al., | ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a federal prisoner proceeding pro se in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA") and California law.

On August 6, 2008, the court ordered plaintiff to file a response or a statement of non-opposition to defendant Geo Group's May 5, 2008 motion to dismiss. On August 22, 2008, plaintiff filed a motion alleging he did not receive a copy of the motion to dismiss and requesting a court order for defendant Geo Group to serve him a copy. On August 25, 2008, defendant Geo Group filed a proof of service showing service upon plaintiff on August 25, 2008, of the motion to dismiss and supporting documents. Due to this proof of service, plaintiff's motion for a court order is moot and shall be denied. However, plaintiff shall be granted an extension of time to file a response to the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion is DENIED as moot;

1  2. Within thirty days of the date of service of this order, plaintiff must file an opposition or a statement of non-opposition to defendant Geo Group's motion to dismiss; and

3. If plaintiff fails to comply with this order, this action will be dismissed for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **August 26, 2008**                    **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE