# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERNARD BROOKS, | 1:06-cv-00489-AWI-SMS PC |
| Plaintiff, | FINDINGS AND RECOMMENDATION TO GRANT MOTION TO DISMISS DEFENDANT GEO GROUP FROM THIS ACTION |
| v. | (Doc. 15.) |
| USA, et al., | |
| Defendants. | OBJECTIONS, IF ANY, DUE IN 20 DAYS |

Plaintiff is a federal prisoner proceeding pro se in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA") and California law. On May 5, 2008, defendant Geo Group filed a motion to dismiss. (Doc. 15.) On September 8, 2008, plaintiff filed a statement that he has no opposition to the motion to dismiss filed by defendant Geo Group. (Doc. 31.)

Accordingly, plaintiff having conceded the argument and good cause appearing therefor, IT IS HEREBY RECOMMENDED that:

1. The motion to dismiss, filed by defendant Geo Group on May 5, 2008, be GRANTED;
2. Defendant Geo Group be DISMISSED from this action; and
3. This action proceed only against defendant United States of America.

It is HEREBY ORDERED that these Findings and Recommendations be submitted to the United States District Court Judge assigned to the case pursuant to the provision of 28 U.S.C. § 636

1

1  (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern
2  District of California.  Within TWENTY (20) days after being served with a copy of these Findings
3  and Recommendation, any party may file written objections with the court and serve a copy on all
4  parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and
5  Recommendation."  The court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C.
6  § 636 (b)(1)(C).
7       The parties are advised that failure to file objections within the specified time may waive the
8  right to appeal the order of the District Court.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

11  IT IS SO ORDERED.
12  **Dated:   September 15, 2008**               **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE