1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  STEVEN BERNARD BROOKS,              1:06-cv-00489-AWI-SMS-PC

11          Plaintiff,                  ORDER ADOPTING FINDINGS &
                                        RECOMMENDATIONS
12      vs.                             (Doc. 32.)

13  USA, et al.,                        ORDER GRANTING MOTION TO DISMISS
                                        FILED BY DEFENDANT GEO GROUP
14          Defendants.                 (Doc. 15.)

15                                      ORDER DISMISSING DEFENDANT GEO
                                        GROUP FROM THIS ACTION
16  _____/

17          Steven Bernard Brooks ("plaintiff") is a federal prisoner proceeding pro se in this

18  civil rights action pursuant to the Federal Tort Claims Act and California law.  The matter was

19  referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20  72-302.

21          On September 16, 2008, findings and a recommendation were entered, recommending

22  that the motion to dismiss filed by defendant Geo Group on May 5, 2008 be granted.   The parties

23  were provided an opportunity to file objections to the findings and recommendation within twenty

24  days.   To date, no party to this action has filed objections or otherwise responded to the findings and

25  recommendation.

26          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

27  305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

28                                      1

1  file, the court finds the findings and recommendation to be supported by the record and proper

2  analysis.

3          Accordingly, THE COURT HEREBY ORDERS that:

4          1.  The Findings and Recommendation issued by the Magistrate Judge on September

5  16, 2008, are ADOPTED in full;

6          2.  The motion to dismiss filed by defendant Geo Group on May 5, 2008, is

7  GRANTED;

8          3.  Defendant Geo Group is DISMISSED from this action;

9          4.  The Clerk of Court is DIRECTED to reflect dismissal of defendant Geo Group

10  from this action on the court's docket; and

11          5.  This action now proceeds only against defendant United States of America.

12

13  IT IS SO ORDERED.

14  **Dated:   October 18, 2008**                          **/s/ Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                      2