IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERNARD BROOKS, | 1:06-cv-00489-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 34.) |
| vs. | |
| UNITED STATES OF AMERICA, | ORDER GRANTING DEFENDANT USA'S MOTION TO DISMISS (Doc. 24.) |
| Defendant. | ORDER DISMISSING ENTIRE ACTION FOR PLAINTIFF'S FAILURE TO STATE A CLAIM |
| | ORDER DIRECTING CLERK TO CLOSE CASE |

Steven Bernard Brooks ("plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to the Federal Tort Claims Act and California law. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 26, 2009, findings and recommendations were entered, recommending that defendant USA's motion to dismiss, filed July 9, 2008, be granted and this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73- |
| 2 | 305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire |
| 3 | file, the court finds the findings and recommendations to be supported by the record and proper |
| 4 | analysis. |

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 26, 2009, are ADOPTED in full;
2. Defendant USA's motion to dismiss, filed on July 9, 2008, is GRANTED;
3. This action is dismissed in its entirety with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted ; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   March 27, 2009**          /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE

2